# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM CARTER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LOGMEIN, INC., ROBERT M. CALDERONI, WILLIAM R. WAGNER, EDWIN J. GILLIS, STEVEN J. BENSON, DAVID JAMES HENSHALL, PETER JOHN SACRIPANTI, MICHAEL J. CHRISTENSON, ITA M. BRENNAN, and SARA C. ANDREWS,<br><br>    Defendants. | Case No. 1:20-cv-00124-VAC |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff William Carter ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: April 7, 2022

                                                                         Respectfully submitted,

                                                                         **COOCH AND TAYLOR, P.A.**

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.

                                                                         By: */s/ Blake A. Bennett*
                                                                         Blake A. Bennett
                                                                         Del. Bar ID No. 5133
                                                                         Cooch and Taylor, P.A.
                                                                         The Nemours Building
                                                                         1007 N. Orange Street, Suite 1120

| | |
|---|---|
| 685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Tel.: (212) 983-9330<br>Fax: (212) 983-9331<br>Email: nfaruqi@faruqilaw.com<br>          jwilson@faruqilaw.com<br><br>*Counsel for Plaintiff* | Wilmington, Delaware 19801<br>Telephone: (302) 984-3800<br>Facsimile: (302) 984-3939<br>bbennett@coochtaylor.com<br><br>*Counsel for Plaintiff* |